1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                          CENTRAL DISTRICT OF CALIFORNIA

10

11    MARK ANTONY                    )    Case No. EDCV 11-274 JC
      RODRIGUEZ,                      )
12                                    )
                     Plaintiff,       )    JUDGMENT
13                                    )
                 v.                   )
14                                    )
                                      )
15    MICHAEL J. ASTRUE,              )
      Commissioner of Social          )
16    Security,                       )
                                      )
17                   Defendant.       )
   _____       )
18

19         IT IS HEREBY ADJUDGED that the decision of the Commissioner of

20    Social Security is reversed in part and the matter is remanded for further

21    administrative action consistent with the Memorandum Opinion and Order of

22    Remand filed concurrently herewith.

23

24    DATED:  November 22, 2011

25

26                                      _____/s/_____

27                                      Honorable Jacqueline Chooljian
                                        UNITED STATES MAGISTRATE JUDGE
28